FILED
CLERK, U.S. DISTRICT COURT
3/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VICTOR RICARDO GARZA PULIDO and JUAN CRISTOBAL IBARRA,<br><br>　　　　Defendants. | CR No. 2:25-cr-00209-AH<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 21 U.S.C. § 853: Criminal Forfeiture] |

The Grand Jury charges:

### COUNT ONE

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANT GARZA PULIDO]

On or about January 24, 2023, in Santa Barbara County, within the Central District of California, defendant VICTOR RICARDO GARZA PULIDO, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed at least fifty grams, that is, approximately 399 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANT GARZA PULIDO]

On or about February 24, 2023, in Santa Barbara County, within the Central District of California, defendant VICTOR RICARDO GARZA PULIDO, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed at least fifty grams, that is, approximately 2,191 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT GARZA PULIDO]

On or about March 29, 2023, in Santa Barbara County, within the Central District of California, defendant VICTOR RICARDO GARZA PULIDO knowingly and intentionally distributed at least fifty grams, that is, approximately 893 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about June 15, 2023, in Santa Barbara County, within the Central District of California, defendants VICTOR RICARDO GARZA PULIDO and JUAN CRISTOBAL IBARRA, each aiding and abetting the other, knowingly and intentionally distributed at least fifty grams, that is, approximately 451 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT IBARRA]

On or about July 13, 2023, in San Luis Obispo County, within the Central District of California, defendant JUAN CRISTOBAL IBARRA knowingly and intentionally distributed at least fifty grams, that is, approximately 426 grams, of methamphetamine, a Schedule II controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of any defendant's conviction of any of the offenses set forth in any of Counts One through Five of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which said defendant obtained, directly or indirectly, from any such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in

value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                      A TRUE BILL

                                      /S/
                                      Foreperson

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances S. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DAVID C. LACHMAN
Assistant United States Attorney
Terrorism and Export Crimes Section