**FILED**
CLERK, U.S. DISTRICT COURT
03/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____LK_____ DEPUTY

1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   DAVID C. LACHMAN (Cal. Bar No. 261711)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5564
7       Facsimile: (213) 894-2927
        E-mail:    david.lachman@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                      UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA, | CR 2:25-cr-00209-AH |
13 | Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF DAVID C. LACHMAN |
14 | v. |
15 | VICTOR RICARDO GARZA PULIDO and | **(UNDER SEAL)** |
16 | JUAN CRISTOBAL IBARRA, |
17 | Defendants. |

18

19      The government hereby applies ex parte for an order that the
20 indictment and any related documents in the above-titled case (except
21 the arrest warrants for the charged defendants) be kept under seal
22 until the government files a "Report Commencing Criminal Action" in
23 this matter.
24 //
25 //
26
27
28

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of DAVID C. LACHMAN.

Dated: March 25, 2025          Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

*/s/ David Lachman*
DAVID C. LACHMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF DAVID C. LACHMAN**

I, DAVID C. LACHMAN, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Victor Ricardo Garza Pulido et al.</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on March 26, 2025].

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on March 26, 2025. The likelihood of apprehending defendants might be jeopardized if the indictment in this case were made publicly available before defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 25, 2025.

*/s/ David Lachman*

DAVID C. LACHMAN

1