FILED
2025 JUN 17 AM 10: 30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ari

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>Juan  IBARRA<br>USMS# _____  DEFENDANT | CASE NUMBER:<br>2:25-cr-00209-AH<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/07/2025   0200   ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 841(a)(1)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes   Language: Spanish

7. Year of Birth: 1984

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): Request detention (flight risk, Northwest gang member, witness intimidation)

11. Name: SA Chris Stantzos   (please print)

12. Office Phone Number: 818-281-5068   13. Agency: ATF

14. Signature: *Chris Stantzos*   15. Date: 06/17/2025

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION