FILED

2025 JUN 17 AM 10: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. JUAN CRISTOBAL IBARRA, DEFENDANT | CASE NUMBER: 2:25-cr-00209-AH  2 <br><br> **WARRANT FOR ARREST** |
|---|---|

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **JUAN CRISTOBAL IBARRA** and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment charging him/her with distribution of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

Brian Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

_[signature]_
SIGNATURE OF DEPUTY CLERK

March 26, 2025        Los Angeles, CA
DATE AND LOCATION OF ISSUANCE

By: MARIA A. AUDERO
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

3/26/2025
DATE RECEIVED

6/17/2025
DATE OF ARREST

Christopher Stantzos
NAME OF ARRESTING OFFICER

Special Agent
TITLE

_[signature]_
SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF, | 2:25-cr-00209-AH |
| v. | |
| JUAN CRISTOBAL IBARRA, | **WARRANT FOR ARREST** |
| DEFENDANT | |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| YEAR OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|
| 1984 | | | | |

**ALIASES:**   SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS:

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|
| | | | | | |

**LAST KNOWN RESIDENCE:**    **LAST KNOWN EMPLOYMENT:**

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

**INVESTIGATIVE AGENCY NAME:** ATF    **INVESTIGATIVE AGENCY ADDRESS:**

**NOTES:**