| | |
|---|---|
| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)<br>REBECCA HARRIS (Bar No. 340964)<br>Deputy Federal Public Defender<br>321 East 2nd Street, Los Angeles, California 90012-4202<br>(213) 894-2854 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  PLAINTIFF<br>v.<br><br>JUAN CRISTOBAL IBARRA<br><br>  DEFENDANT. | CASE NUMBER<br><br>2:25-cr-00209-AH-2<br><br>APPLICATION FOR<br>REVIEW OR RECONSIDERATION OF ORDER<br>SETTING CONDITIONS OF<br>RELEASE OR DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING |

Application is made by ☐ plaintiff ☒ defendant __Juan Cristobal Ibarra__
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☒ Magistrate Judge __Jean Rosenbluth_____ by order dated: __June 17, 2025__

☒ denying release and imposing detention under subsection ☐ (d) or ☒ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☒ A hearing is being sought before Magistrate Judge __Rosenbluth__ as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Release on $25,000 signature bond secured by wife, Ivonne Ibarra, as well as the following conditions: Release to inpatient drug treatment facility, location monitoring and location restrictions, drug testing conditions, any other condition deemed appropriate by the Court.

Counsel for the defendant and plaintiff United States Government consulted on __December 1, 2025__
and opposing counsel declines to stipulate to an order providing the relief sought.

☒ Telephonic notice given to ☒ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on __December 1, 2025__ .

An interpreter is ☐ required ☒ not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

| | |
|---|---|
| __December 1, 2025__<br>Date | __Juan Cristobal Ibarra__<br>Moving Party |

APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (09/24)