TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-5564
    Facsimile:    (213) 894-2927
    E-mail:    david.lachman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00209-AH-2 |
|---|---|
| Plaintiff, | JOINT STATEMENT RE DEFENDANT JUAN CRISTOBAL IBBARA'S RULE 11 PLEA |
| v. | |
| JUAN CRISTOBAL IBARRA | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting Attorney General, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney David C. Lachman, and defendant JUAN CRISTOBAL IBARRA ("defendant), both individually and by and through his counsel of record, Deputy Federal Public Defender Rebecca Harris, hereby file this joint statement regarding defendant's Rule 11 plea.

FACTUAL BASIS

1.    Defendant admits that defendant is, in fact, guilty of the offenses to which defendant is agreeing to plead guilty.  Defendant and the United States Attorney's Office ("USAO") agree to the statement of facts provided below and agree that this statement of facts is sufficient to support pleas of guilty to the charges described in the indictment but is not meant to be a complete recitation of all facts relevant to the underlying criminal conduct or all facts known to either party that relate to that conduct.

On or about June 15, 2023, in Santa Barbara County, within the Central District of California, defendant knowingly and intentionally distributed approximately 451 grams of actual methamphetamine, a Schedule II controlled substance.

//

//

//

2

In addition, on or about July 13, 2023, in Santa Barbara County, within the Central District of California, defendant knowingly and intentionally distributed approximately 426 grams of actual methamphetamine, a Schedule II controlled substance.

At all relevant times, defendant knew that the substance he distributed was methamphetamine or some other federally controlled substance.

Dated: April 27, 2026                    Respectfully submitted,

                                         TODD BLANCHE
                                         Acting Attorney General

                                         BILAL A. ESSAYLI
                                         First Assistant United States Attorney


                                         ____/s/_____
                                         DAVID C. LACHMAN
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA



Dated: April 27, 2026          ____/s/ *(per email auth. 4/27/2026)*____
                                         REBECCA HARRIS

                                         Attorneys for Defendant
                                         JUAN CRISTOBAL IBARRA