**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 25-0209-AH** | Date | APRIL 29, 2026 |
|---|---|---|---|

Present: The Honorable  ANNE HWANG, U. S. DISTRICT JUDGE

Interpreter  N/A

| YOLANDA SKIPPER | COURT SMART | DAVID C. LACHMAN |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JUAN CRISTOBAL IBARRA | ✗ | ✗ | | REBECCA K. HARRIS, DFPD | ✗ | ✗ | |

Proceedings:   **HEARING RE: CHANGE OF PLEA**

X  Defendant moves to change plea to **Counts 4 and 5 of the Indictment.**

X  Defendant is sworn and waiver of Defendant's Constitutional Rights are taken.  Defense counsel joins in waiver of Defendant's Constitutional Rights.

X  Defendant **Juan Cristobal Ibarra,**  enters a new and different plea of **GUILTY** to **Counts 4 and 5 of the Indictment.**

X  The Court questions the defendant regarding plea of GUILTY, and FINDS that a factual and legal basis for the plea, and the plea is free of any coercive influence, voluntarily made with full knowledge of the charges against his, the consequences of the plea; that there have been no promises of any kind made to the defendant by anyone and no threats or coercion have been exerted upon defendant in any manner. The Court ORDERS the plea accepted and entered.

X  The Court refers the defendant to the Probation Office for investigation and preparation of a pre-sentence report and continues the matter to *SEPTEMBER 16, 2026 at 10:00 A.M.,*  for sentencing. The Jury Trial date of MAY 18, 2026 is hereby vacated.

X  **Other: Counsel are ORDERED to comply with the Federal Rules of Criminal Procedure.  Position papers are due 2 weeks prior to the hearing date.  If there are no position papers, counsel are directed to file a notice of non-opposition.**

CC: U.S. PROBATION, PRETRIAL SERVICES AGENCY

:29

CR-8 (1/89)              CHANGE OF PLEA MINUTE ORDER              Initials of Deputy Clerk YS